```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 16027
    MICHAEL J NEWSOME
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
          Debtor
    SSN XXX-XX-5001

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/23/2004 and was confirmed 06/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.96%.

     The case was paid in full 02/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED           5025.00        397.79       5025.00
NATIONWIDE COMMERCIAL LP   SECURED            200.00         17.74        200.00
NATIONWIDE COMMERCIAL LP   UNSECURED         2005.09           .00        239.84
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED         .00            .00
CHECK INTO CASH            UNSECURED        NOT FILED         .00            .00
AT & T WIRELESS            UNSECURED        NOT FILED         .00            .00
CROSS COUNTRY BANK         UNSECURED        NOT FILED         .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED          440.59          .00          52.70
NATIONWIDE ACCEPTANCE~     UNSECURED        NOT FILED         .00            .00
CINGULAR                   NOTICE ONLY      NOT FILED         .00            .00
NEBRASKA STUDENT LOAN PR   UNSECURED        NOT FILED         .00            .00
NICOR GAS                  UNSECURED        NOT FILED         .00            .00
NICOR GAS                  UNSECURED         1179.84          .00         141.13
READY MONEY                UNSECURED        NOT FILED         .00            .00
REGIONAL ADJUSTMENT BURE   NOTICE ONLY      NOT FILED         .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY      NOT FILED         .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED         6926.05          .00         828.47
CAL PARK MEDICAL CENTER    UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED          100.00          .00          11.96
ECMC                       UNSECURED         9245.08          .00        1105.88
ORCHARD BANK               UNSECURED        NOT FILED         .00            .00
PRONGER SMITH MEDICAL AS   UNSECURED        NOT FILED         .00            .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED         .00            .00
RETAILERS NATIONAL BANK    UNSECURED        NOT FILED         .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED          296.12          .00          35.42
LEGAL HELPERS PC           DEBTOR ATTY      2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                         544.13
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 16027 MICHAEL J NEWSOME
```

```
--------------------------------------------------------------------------------
TRUSTEE                                    10,800.06

PRIORITY                                                              .00
SECURED                                                          5,225.00
    INTEREST                                                       415.53
UNSECURED                                                        2,415.40
ADMINISTRATIVE                                                   2,200.00
TRUSTEE COMPENSATION                                               544.13
DEBTOR REFUND                                                         .00
                                       ---------------   ---------------
TOTALS                                     10,800.06          10,800.06
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE